E. A. HILL v. THE STATE.

No. 3955.   Decided March 1, 1916.

1.—Rape—Confession—Insufficiency of the Evidence—Corpus Delicti.

Where, upon trial of rape, the fact that defendant made a confession was
disputed, yet conceding that on this conflict of testimony the jury would be
authorized to find that defendant admitted the rape, still such confession, with-
out other facts and circumstances in the case in proving the corpus delicti, is
not sufficient to sustain the conviction; especially, where the alleged injured
female denied the transaction in toto.   Following Harris v. State, 28 Texas
Crim. App., 308, and other cases.   Prendergast, Presiding Judge, dissenting.

2.—Same—Evidence—Reputation of Defendant—Other Transactions.

Where, upon trial of rape, the defendant introduced in evidence his gen-
eral reputation as a good, moral, law-abiding man, the State could not show
on cross-examination that since the charge of rape against defendant, these wit-
nesses had heard that defendant had admitted that he had had carnal inter-
course with his other two daughters in their childhood days.   Prendergast, Pre-
siding Judge, dissenting.

3.—Same—Rule Stated—General Reputation of Defendant.

Where the defendant is on trial, it is his character prior to the commis-
sion of the offense that may be inquired into, and not the character he may
have had after the commission of the alleged offense, or what was said about
his character after that time.   Following Hopperwood v. State, 39 Texas Crim.
Rep., 15.

4.—Same—Evidence—Complaint of Prosecutrix.

Where, upon trial of rape, a physician had testified, after making a phys-
ical examination of the prosecutrix, that the vagina of prosecutrix was very
small and there could have been no entry therein without a rupture and lacer-
ation occurring, and that soreness and inflammation would ensue, and the evi-
dence further showed that the prosecutrix was only 14 years of age, and denied
the rape upon her, the mother of prosecutrix should have been permitted to
testify that her daughter never made any complaint.   Prendergast, Presiding
Judge, dissenting.